# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGMAL SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-00340-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 5, 7) |

　　　　Plaintiff Jagmal Singh ("Plaintiff") initiated this immigration action against Defendants United States Citizenship and Immigration Service ("USCIS"), Ur M. Jaddou, USCIS Nebraska Service Center, United States Department of Homeland Security, and Alejandro Mayorkas on March 7, 2023. (ECF No. 1.)  The initial scheduling conference is currently set for June 27, 2023. (ECF No. 5.)  Summons were issued on March 8, 2023 (ECF Nos. 3, 4), and counsel for the Government was designated on March 24, 2023 (ECF No. 6), but Defendants have not yet answered the complaint.

　　　　On June 20, 2023, Plaintiff filed a motion to extend the deadline to file the joint scheduling report, which the Court construes as a motion to continue the scheduling conference. (ECF No. 7.)  Plaintiff proffers the parties have been meeting and conferring on this matter, and that Defendants appear to be actively processing at least one of Plaintiff's applications, and they

are actively investigating the status of the other.  Plaintiff further proffers that he expects an efficient resolution of these proceedings as the parties continue to confer and seeks to continue the scheduling conference to facilitate the parties' ongoing resolution attempts.  The Court finds good cause exists to grant Plaintiff's motion, and shall continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference currently set for June 27, 2023, is CONTINUED to **August 29, 2023**, at **11:00 a.m.** in **Courtroom 9**; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 21, 2023**

UNITED STATES MAGISTRATE JUDGE