# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGMAL SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00340-JLT-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 8, 9) |

　　　　Plaintiff initiated this action on March 7, 2023. (ECF No. 1.) Defendants' deadline to file an answer has been extended one time, and the scheduling conference has been continued until August 29, 2023. (ECF No. 8.) On July 17, 2023, the parties filed a stipulated motion to again extend the time for Defendants to file an answer, and to continue the scheduling conference. (ECF No. 9.) The Court finds good cause to grant the request based on the proffer that this case concerns Plaintiff's refugee/asylee relative petitions for his two children, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") in April 2019, and counsel for Defendants is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

/ / /

/ / /

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants shall file a pleading responsive to the complaint on or before **October 16, 2023**;

2. The scheduling conference set for August 29, 2023, is CONTINUED to **November 7, 2023, at 1:30 p.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 18, 2023**

UNITED STATES MAGISTRATE JUDGE