1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JAGMAL SINGH, | Case No. 1:23-cv-00340-JLT-SAB |
| 12       Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER |
| 13      v. | |
| 14  UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, et al., | ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PARTIES TO FILE REQUEST OR CONTACT COURT TO SET SCHEDULING |
| 15       Defendants. | CONFERENCE WITHIN SEVEN DAYS OF FILING OF ANSWER |
| 16 | |
| 17 | (ECF No. 11) |

18

19       Plaintiff initiated this action on March 7, 2023.  (ECF No. 1.)  Defendants' deadline to

20 file an answer has been extended once, and the scheduling conference has been continued twice.

21 (ECF Nos. 8, 10.)  Defendants' deadline to answer is currently October 16, 2023, and the

22 scheduling conference is set for November 7, 2023.  (ECF No. 10.)  On October 13, 2023, the

23 parties filed a stipulated request to continue the deadline to answer until December 15, 2023.

24 (ECF No. 11.)  The stipulation proffers that counsel for Defendants is working with USCIS to

25 take further action in this matter, which is expected to render this lawsuit moot; the file has now

26 been sent to USCIS New Delhi; and once received, USCIS New Delhi will be able to schedule

27 an interview on the application and complete the adjudication.

28       The Court finds it prudent to vacate the scheduling conference in light of the proffer this

lawsuit may be rendered moot, and order the parties to notify the Court if they are in a position to hold a scheduling conference.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.   Defendants shall file a pleading responsive to the complaint on or before **December 15, 2023**;

2.   The scheduling conference set for November 7, 2023, is VACATED, subject to resetting upon notice to the Court; and

3.   If the matter is not resolved, **within seven (7) days** of filing of an answer in this matter that renders this matter ready to proceed to scheduling, the parties shall file a request, or contact the Courtroom Deputy, to set a scheduling conference in this matter.

IT IS SO ORDERED.

Dated:   **October 16, 2023**

UNITED STATES MAGISTRATE JUDGE